IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00184-FL-5
No. 5:15-CR-00184-FL-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ELIZABETH PAIGE SYKES, ) | |
| JOHN BOYNTON SIDBURY, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the joint motion of Defendants Sykes and Sidbury to continue the motions hearing and arraignments currently set for January 19, 2016 and the February 16, 2016 term of court, respectively. [DE-173]. The Government does not oppose the motion. For good cause shown, the motion is ALLOWED. Defendants' arraignments and trial are continued to the court's March 15, 2016 term of court in New Bern, North Carolina, and the motions hearing is continued to February 23, 2016 at 9:30 a.m. Counsel for the parties shall confer regarding the order in which motions may be heard and the evidence presented to maximize efficiencies and shall submit to Documents_Judge_Jones@nced.uscourts.gov a proposed joint hearing plan, including a list of witnesses to be called by each party, by no later than February 16, 2016. In the event the hearing does not conclude on February 23, it will continue on February 24 at 9:30 a.m. The United States Attorney's Office is directed to make the necessary arrangements to ensure Defendants' appearance at the hearing. The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendants in a speedy trial, and it is therefore ordered further that the period of delay

necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this the 4 day of January, 2016.

Robert B. Jones, Jr.,
United States Magistrate Judge