IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00184-FL-5
No. 5:15-CR-00184-FL-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ELIZABETH PAIGE SYKES, | ) | |
| JOHN BOYNTON SIDBURY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte* after considering the issues raised by the parties at the suppression hearing held on February 23-25, 2016. The Defendants are directed to file a joint supplemental brief no later than **March 14, 2016** to discuss the following issues:

1. Identifying which specific pieces of the probable cause statements contained in the state court cell phone GPS tracking orders ("cell phone tracking orders") are challenged;

2. Addressing the effect of striking the challenged sections in the probable cause statements contained in the cell phone tracking orders;

3. Addressing the effect of the court finding as overbroad those portions of the cell phone tracking orders which allow for GPS location tracking of cell phones contacting the target cell phone; and

4. To what extent the undersigned needs to consider the cell phone tracking orders beyond the initial order, and if the undersigned determines that the initial order is unconstitutional, are there any fruit of the poisonous tree arguments that the parties have not presented in the original briefing or at the hearing.

Additionally, counsel for Defendant Sykes is directed to file the photographs used as exhibits during the suppression hearing no later than **March 14, 2016**. The Government shall file a response to the Defendants' joint supplemental brief no later than **March 21, 2016**.

SO ORDERED, this the 29th day of February 2016.

_____
Robert B. Jones, Jr.
United States Magistrate Judge