UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-184-FL-6

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JOHN BOYNTON SIDBURY | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 203-23 be sealed.

SO ORDERED, This 17 day of March, 2016.

Robert B. Jones, Jr.
UNITED STATES MAGISTRATE JUDGE