UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00184-5F

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ELIZABETH PAIGE SYKES | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 215 be sealed.

SO ORDERED, This 29 day of March, 2016.

Robert B. Jones, Jr.
UNITED STATES MAGISTRATE JUDGE